JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Holland Gillum )<br>)<br>        Plaintiff, )<br>)<br>    -v-              )<br>)<br>.                        )<br>Bleier & Cox LLP, et al. )<br>)<br>        Defendants. )<br>_____ ) | Case No.  SA  CV  11-859-DOC(ANx)<br><br>ORDER DISMISSING CIVIL ACTION |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: May 7, 2012

_____
DAVID O. CARTER
United States District Judge