# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Holland Gillum )<br>)<br>          Plaintiff, )<br>)<br>  -v- )<br>)<br>. )<br>Bleier & Cox LLP, et al. )<br>)<br>          Defendants. )<br>_____ ) | Case No. SA CV 11-859-DOC(ANx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: May 7, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge